No. 79–1879. BOHACK CORP. v. IOWA BEEF PROCESSORS, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 79–1882. BOYLAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–1884. WISCONSIN ET AL. v. REESE, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 5th Cir. Certiorari denied.

No 79–1885. LAW ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–1888. ORION RESEARCH INC. v. ENVIRONMENTAL PROTECTION AGENCY. C. A. 1st Cir. Certiorari denied.

No. 79–1893. FREEDOM INSTITUTE OF AMERICA ET AL. v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 79–1894. PAGNIELLO v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 79–1897. G. G. S., INC. v. LINOLEX SYSTEMS, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 79–1898. L'HOSTE ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–1899. LOUISIANA v. MENNE. Sup. Ct. La. Certiorari denied.

No. 79–1900. FREEMAN v. O'NEAL STEEL, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–1902. ROSENBAUM v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.